[No. 5566–1.   Division One.   July 3, 1978.]

THOMAS S. TALMAN, ET AL, *Respondents*, v. ATLAS
VAN LINES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 794418, Francis E. Holman, J., entered March
31, 1977. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Dore, J.

[No. 5583–1.   Division One.   July 3, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
FREEDON CANFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79638, Peter K. Steere, J., entered April 1,
1977. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by James and Williams, JJ.

[No. 5614–1.   Division One.   July 3, 1978.]

*In the Matter of the Marriage of* EBERHARD E. FETZ,
*Appellant, and* JENNIFER JAMES,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–88231, W. R. Cole, J., entered May 12, 1977.
*Affirmed* by unpublished opinion per Andersen, J., con-
curred in by Williams and Ringold, JJ.